NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLFLEX USA, INC.,**
*Plaintiff-Appellee,*

v.

**AVID IDENTIFICATION SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1621

---

Appeal from the United States District Court for the Central District of California in case no. 06-CV-1109, Senior Judge Mariana R. Pfaelzer.

---

**ALLFLEX USA, INC.,**
*Plaintiff-Appellee,*

v.

**AVID IDENTIFICATION SYSTEMS, INC.,**
*Defendant,*

AND

**FISH & RICHARDSON P.C.,**
*Sanctioned Party-Appellant.*

---

Appeal from the United States District Court for the Central District of California in case no. 06-CV-1109, Senior Judge Mariana R. Pfaelzer.

## ON MOTION

## O R D E R

The court treats the letter from Fish & Richardson P.C. indicating that it will not be participating as a motion to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2012-1007 is dismissed. The revised official captions are reflected above.

(2) Each side shall bear its own costs in 2012-1007.

FOR THE COURT

__DEC 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: K.T. Cherian, Esq.
Christian Chadd Taylor, Esq.
Christopher S. Marchese, Esq.

s8

Issued As A Mandate (As To 2012-1007 Only):

__DEC 2 2 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK